1
2
3
4
5
6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARITA IVORY, | ) ) | |
| *Plaintiff*, | ) ) | CASE NO.   2:15-CV-00034-BJR-DWC |
| v. | ) ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| *Defendant*. | ) ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Christel. It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REVERSES and REMANDS the decision of the Commissioner and directs that Judgment be entered for Plaintiff and the case closed; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Christel.

DATED this 9th day of September, 2015.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge